| | AUSA: | Timothy Garcia | Telephone: (313) 226-9522 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: | ☑ Julio Coronado | Telephone:  (810) 989-5056 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
   v.

Eloy REYES-MERCADO

Case: 2:26−mj−30160
Assigned To : Unassigned
Assign. Date : 3/25/2026
Description: CMP USA v
Reyes−Mercado (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 24, 2026 _____ in the county of _____ Macomb _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Julio J. Coronado, Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 25, 2026__

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. Anthony P. Patti, U.S. Magistrate Judge
_____
*Printed name and title*

I, Julio J. Coronado, declare the following under penalty of perjury:

1.      I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol.  I have been employed in this capacity since June 11, 2007.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Eloy REYES-Mercado, which attests the following:

2.      The information set forth below is for the limited purpose of establishing probable cause.  Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      Eloy REYES-Mercado is a sixty-three-years-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.      On March 14, 2001, REYES-Mercado was arrested by U.S. Border Patrol agents at or near Nogales, AZ. Disposition: Voluntary Returned to Mexico that day.

5.      On August 13, 2003, REYES-Mercado was arrested by U.S. Border Patrol agents at or near Nogales, AZ. Disposition: Voluntary Returned to Mexico that day.

6.      On August 16, 2003, REYES-Mercado was arrested by U.S. Border Patrol agents at or near Nogales, AZ. Disposition: Voluntary Returned to Mexico that day.

7.      On September 12, 2008, REYES-Mercado was arrested by U.S. Border Patrol agents at or near Port Huron, MI and was issued a Warrant of Arrest/ Notice to Appear (WA/NTA).

8.      On September 29, 2008, REYES-Mercado was Ordered Removed by an Immigration Judge in Detroit, MI. He was removed to Mexico through the Laredo, TX port of entry on October 7, 2008.

9.      On March 24, 2026, REYES-Mercado was arrested by the U.S. Border Patrol in Chesterfield, MI during a vehicle stop. During the vehicle stop REYES-

Mercado readily admitted to entering the United States illegally and not having any type of permission to be in the United States legally.

10.     REYES-Mercado was transported to the Marysville Border Patrol Station for further investigation and processing. After confirming that he had previously been ordered removed by an Immigration Judge in Detroit, MI that prior order was reinstated.

11.     The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

12.     Review of the alien file (A# xxx xxx 017) for REYES-Mercado, and queries in U.S. Border Patrol computer databases confirm no record exists of REYES-Mercado obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on October 7, 2008.

13.     Based on the above information, I believe there is probable cause to conclude that Eloy REYES-Mercado, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

_____

Julio J. Coronado, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge
March 25, 2026